FILED
3/30/2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
SH

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| UNITED STATES OF AMERICA | Case No. |
|---|---|
| v. | Violation: Title 18, United States Code, Section 922(g)(1) |
| KEVON CURRIE | |

22CR191

JUDGE BLAKEY
MAGISTRATE JUDGE MCSHAIN

The SPECIAL APRIL 2021 GRAND JURY charges:

On or about April 7, 2021, at Chicago, in the Northern District of Illinois, Eastern Division,

KEVON CURRIE,

defendant herein, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, which had traveled in interstate commerce prior to defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The SPECIAL APRIL 2021 GRAND JURY alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g), as set forth in this Indictment, defendants shall forfeit to the United States of America any firearms and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited includes, but is not limited to, a Smith & Wesson, Model SD40VE, .40 caliber semiautomatic pistol bearing serial number HEJ3292, a black Glock Model 21, .45 caliber semiautomatic pistol bearing serial number VLN542, and associated ammunition.

A TRUE BILL:

_____

FOREPERSON

_____

UNITED STATES ATTORNEY