UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 22 CR 191 |
| v. | ) | |
| | ) | Judge John Robert Blakey |
| KEVON CURRIE | ) | |

**GOVERNMENT'S UNOPPOSED**
**MOTION TO DISMISS INDICTMENT**

The UNITED STATES OF AMERICA, by its attorney, JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, respectfully moves this Court for a dismissal of the indictment in the above-captioned case pursuant to Fed. R. Crim. P. 48(a).

Counsel for the government has spoken with counsel for the defendant, who has no objection to this motion.

Date: August 19, 2022

Respectfully submitted,

JOHN R. LAUSCH, JR.
United States Attorney

By: /s/ *Sarah Streicker*
SARAH STREICKER
SIVA SUNDARAM
Assistant U.S. Attorney
219 South Dearborn Street
Chicago, Illinois 60604